IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SUSAN C. SABATINI, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>LINDA S. McMAHON, )<br>Acting Commissioner of Social Security, )<br>)<br>    Defendant. ) | Case No. 4:03cv00009<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>     Senior United States District Judge |

This action is before this Court on the petition of Susan C. Sabatini ("Plaintiff") for an award of attorneys' fees under the provisions of 42 U.S.C. § 406(b). Defendant Linda S. McMahon, Acting Commissioner of Social Security ("Commissioner") has noted her consent to payment of said fees. On January 29, 2007, Magistrate Judge B. Waugh Crigler signed a Report and Recommendation that advised me to award the attorney's fees plaintiff requested. Neither party has filed a timely objection to that report.

Therefore, I will **ADOPT** the Report and Recommendation. Counsel for Plaintiff is hereby **AWARDED** attorneys' fees in the amount of $6,083.25, offset by the $ 2,725.00 Equal Access to Justice fee already awarded counsel for work in this matter, per the Plaintiff's request. The Commissioner is directed to withhold this amount from the Plaintiff's award and to transmit the funds to Plaintiff's attorney.

The Clerk is directed to send a certified copy of this order to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 15th day of February, 2007.

 s/Jackson L. Kiser  
Senior United States District Judge